**Opinion issued May 30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-24-00176-CV

_____

### KENNETH CANE, Appellant

### V.

### BARBARA COMPTON, Appellee

---

### On Appeal from the 152nd District Court
### Harris County, Texas
### Trial Court Case No. 2018-71063

---

### MEMORANDUM OPINION

Appellant Kenneth Cane appeals from a judgment signed February 29, 2024.

Appellant has neither paid the required filing fee nor established indigence for

purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T

CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the

Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. Appellant failed to respond to our notice of March 27, 2024 that, should appellant not pay the fee, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.